UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUBEN LOPEZ                      JURY TRIAL DEMANDED

v.                                         CASE NO.  3:12CV

VISION FINANCIAL CORP.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder.

2. JURISDICTION: The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. VENUE: Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA, which collects consumer debt directly or indirectly using mail, telephone, and email.

6. Defendant is licensed as a consumer collection agency by the Connecticut Banking Department, and has been a member of ACA International, the collectors' trade organization, since  2004.

7. On June 11, 1012, Defendant communicated with plaintiff's spouse about his personal consumer account in violation of  Conn. Gen. Stat § 36a-800 and Reg. Conn. State Agencies § 36a-809-9(d)(2).

8. Within five days of its initial communication, defendant did not provide the notices required by 15 U.S.C. § 1692g.

9. Defendant violated 15 U.S.C. § 1692c, -e, §1692f(1), or §1692g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law including $1,000 statutory damages.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

                THE PLAINTIFF

*Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net