UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUBEN LOPEZ | : | |
| vs. | : | CASE NO. 3:12CV1749 (MPS) |
| VISION FINANCIAL CORP. | : | |

**DEFAULT JUDGMENT**

The defendant, VISION FINANCIAL CORP, having failed to appear, plead or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on April 4, 2013 and

The plaintiff having filed on April 11, 2013 a motion for default judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the Court having considered the full record of the case including applicable principles of law and the court having granted the motion on May 6, 2013 in the amount of $1,000.00 statutory damages, plus attorney's fees in the amount of $2,100 and costs of filing and service in the amount of $442.25 for a total of $3,542.25, it is hereby

ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff and against the defendant Vision Financial Corp in the amount of $1,000.00 statutory damages, plus $2,100 in attorney's fees and $442.25 costs of filing and service, for a total of $3,542.25.

Dated at Hartford, Connecticut this 7th day of May, 2013.

ROBIN D. TABORA, Clerk

By ____/s/____
Devorah Johnson
Deputy Clerk

EOD 5/7/13